IN THE TEXAS COURT OF CRIMINAL APPEALS

10CR1217-83-4
WR-63,775-18

63,775-18
RECEIVED IN
COURT OF CRIMINAL APPEALS
FEB 02 2015
Abel Acosta, Clerk

EXPARTE THOMAS WAYNE FLORENCE

APPLICANT'S OBJECTION AND NOTICE TO THE COURT DENING MOTION TO REMAND BACK TO TRIAL COURT TO RULE ON MOTION TO RECUSE AS MANDATED (SEE T.R.C.P.18a(a)(b))

COMES NOW APPLICANT THOMAS WAYNE FLORENCE VOID TDCJ NO. 1729344 UNLAWFULLY RESTRAIN-ED OF HIS LIBERTY IN IOWA PARK, TEXAS TDCJ 2101 FM 369 N, IOWA PARK TX. 76367 IN VIOLATION OF THE TEXAS CONSTITUTION AND U.S.C.A. 4TH, 5TH, 14TH.

FILES HIS OBJECTION TO THE 1-20-2015 DEN-IAL.

THIS DENIAL IS AND WAS IN CONFLICT WITH LEGISLATIVE MANDATES AND THE TEXAS SUP-PREME COURT AND THIS COURT'S ORDER'S RELATED TO TIMELY, PROPERLY FILED MOTIONS TO RECUSE, SEE, EXPARTE CHARLES JOHN SINEGAR, 324 S.W.3d 578 (TEX. CRIM. APP. 2011) CITING I.R.C.P. 18a.1, AT Id 579, WE HOLD THAT THE REQUIREMENTS OF RULE 18a.1 REG-ARDING THE RECUSAL OF JUDGES, APPLY IN (10CR1217-83-4) HABEAS PROCEEDINGS CONDU-CTED AT THE TRIAL LEVEL AND WE REMAND THIS CASE FOR THE TRIAL JUDGE TO RULE ON

1

ON APPLICANT'S MOTION TO RECUSE PURSUANT TO RULE 18 a(c). Id 579.

THE DENIAL OF 10CR1217-83-4 BY THE TRIAL COURT IS VOID AND ILLEGAL DUE TO THE TRIAL COURT NOT RULING ON APPLICANT'S TIMELY, PROPERLY FILED MOTION TO RECUSE FILED BY HIS MOTHER WITH THE CLERK WITH HIS 10CR1217-83-4 AND HIS EXHIBITS / MEMORANDUM(S) NOVEMBER 6 2014 3:16 PM MOTION # 9522-60 BY GALVESTON COUNTY DIST. CLERK'S OFFICE.

THE APPLICANT HAS THE RIGHT UNDER RULE 18 a(c) FOR THE COURT TO RULE ON HIS MOTION TO RECUSE.

BECAUSE THIS WOULD BE A APPEALABLE ISSUE IF DENIED

APPLICANT DID NOT ~~FORCE~~ FORGET HIS RIGHT TO APPEAL THIS ISSUE TO THIS COURT.

SEE. SINEGAR, SUPRA 18 a(a), 18 a(c).

THIS COURT STATED Id. 580 IT CAN NOT ACT ON HABEAS UNTIL A RULING FROM THE TRIAL COURT ON MOTION TO RECUSE. Id. 580

PRAYER: COURT. LAW CLERKS, COURT CORRECT ERROR. TRIAL COURT MUST RULE ON SAID MOTION 18 a(c), AND THE TRIAL COURT'S DENIAL OF 10CR1217-83-4 IS VOID. SEE

FN: BROSSEAU v. RANZAU 28 SW3d 235 238 (TEX APP BEAU 2000)

FN2: INRE A.R 236 SW3d AT 477.

_Thomas Lee_

Q    1-28-15